

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-5-2009

# Busch v. Marple Newtown Sch

Precedential or Non-Precedential: Precedential

Docket No. 07-2967

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Busch v. Marple Newtown Sch" (2009). *2009 Decisions*. Paper 1107.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1107

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 07-2967

_____

DONNA KAY BUSCH,
IN HER INDIVIDUAL CAPACITY
AND AS THE PARENT AND NEXT FRIEND
OF WESLEY BUSCH, A MINOR
v.
MARPLE NEWTOWN SCHOOL DISTRICT;
MARPLE NEWTOWN SCHOOL DISTRICT
BOARD OF DIRECTORS;
ROBERT MESAROS, SUPERINTENDENT OF THE
MARPLE NEWTOWN SCHOOL DISTRICT;
THOMAS COOK, PRINCIPAL OF
CULBERTSON ELEMENTARY SCHOOL

Donna Kay Busch,
                    Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Civil Action No. 05-cv-02094
(District Judge: Honorable R. Barclay Surrick)

_____

Argued May 5, 2008

Before:  SCIRICA, *Chief Judge*,
BARRY and HARDIMAN, *Circuit Judges*.

_____

ORDER AMENDING OPINION

_____

    It appearing that the opinion issued by this Court on June 1, 2009 omitted the final
footnote from the dissenting in part and concurring in part portion of the opinion,

At the direction of the Court, it is hereby O R D E R E D that the Clerk shall file an amended opinion.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  June 5, 2009